UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NORLAND RIVERA-AMADOR,

        Petitioner,

v.                                    Case No. 3:25-cv-1460-WWB-SJH

SHERIFF SCOTTY RHODEN, et al.,

        Respondents.
_____

### TEMPORARY RESTRAINING ORDER

Petitioner Norland Rivera-Amador initiated this action, through counsel, by filing a Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief on November 25, 2025. (Doc. 1). At the time the case was filed, Petitioner was housed at the Baker County Detention Center by U.S. Immigration and Customs Enforcement ("**ICE**"). One week after filing this case, Petitioner filed an Emergency Motion for Preliminary Injunction and/or Temporary Restraining Order (Doc. 3). That same day, the Court directed Respondents to file a response to the Motion within seven days. (Doc. 6). On the afternoon of December 4, 2025, Petitioner filed a Notice advising that he had been moved to Alexandria Staging Facility in Alexandria, Louisiana, and ICE intends on removing him to Honduras tomorrow, December 5, 2025. (Doc. 7).

Considering the exigency created by the timing of the notification, the filing of the Motion, and Rivera-Amador's representation that his deportation is imminent, the Court determines that a temporary restraining order staying Rivera-Amador's deportation is

warranted to allow the Court to consider the merits of his request for preliminary injunctive relief. In issuing this Temporary Restraining Order, the Court recognizes that Respondents have not yet been given an opportunity to be heard and emphasizes that it is not making a decision on the merits of any request for substantive relief. Nevertheless, because in the absence of a stay, Rivera-Amador may be deported, and any ability of the Court to effectuate relief eliminated, a brief temporary stay to maintain the status quo is warranted.

Therefore it is **ORDERED** and **ADJUDGED** as follows:

1. Rivera-Amador's Emergency Motion for Preliminary Injunction and/or Temporary Restraining (Doc. Nos. 3, 7) is **GRANTED in part and TAKEN UNDER ADVISEMENT in part**. The Motion (Doc. Nos. 3, 7) is **GRANTED to the extent** that Respondents are **ENJOINED** from deporting Norland Rivera-Amador **until December 19, 2025**. The Motion (Doc. Nos. 3, 7) is **TAKEN UNDER ADVISEMENT** in all other respects.

2. Given the change in circumstances, Respondents shall comply with the Court's Order (Doc. 6) no later than **noon on Monday, December 8, 2025**.

**DONE AND ORDERED** at Jacksonville, Florida, at 5:21 p.m. on December 4, 2025

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

c:
Counsel of Record

3